UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J SPORTS PRODS., INC.,** | **1:14-cv-1579-LJO-SMS** |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS (DOC. 12)** |
| v. | |
| **GRISELDA GUTIERREZ,** | |
| Defendant. | |

On January 22, 2015, the parties filed a stipulation to dismiss without prejudice this entire action.[1] Doc. 12 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the Clerk of Court to close this action.

**SO ORDERED**
**Dated: January 23, 2015**

                                                                         **/s/ Lawrence J. O'Neill**
                                                                        **United States District Judge**

---

[1] The parties' request will be construed to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1